# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY STORY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIUM MERCHANT FUNDING ONE, LLC<br><br>Defendant. | Case No. 2:25-cv-00910-KKE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SERVE SUBPOENA ON EASIFY SOFTWARE BY ELECTRONIC MEANS** |

This matter comes before the Court upon Plaintiff's Unopposed Motion for Leave to Serve Subpoena on Easify Software by Electronic Means (the "Motion") brought by Plaintiff Rodney Story. The Court has considered Plaintiff's Motion and finds that Plaintiff has demonstrated good cause for the requested relief.

IT IS SO ORDERED, that Plaintiff may subpoena by electronic means, including service via email on Easify Software (info@easify.app) and Easify Software's counsel (rick@rickgellerllc.com).

*[Judge's signature block to follow on next page.]*

1

DATED this _____ day of _____, 2025.

_____
HONORABLE DISTRICT JUDGE
KYMBERLY K. EVANSON