# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY STORY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIUM MERCHANT FUNDING ONE, LLC<br><br>Defendant. | Case No. 2:25-cv-00910-KKE<br><br>Honorable District Judge Kymberly K. Evanson<br><br>**DECLARATION OF ANTHONY PARONICH IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SERVE SUBPOENA ON EASIFY SOFTWARE BY ELECTRONIC MEANS** |

I, Anthony Paronich, under penalty of perjury, declare and state as follows:

1. I am an attorney at law admitted to practice before this Court *pro hac vice* and am the principal attorney with the law firm of Paronich Law, P.C., attorneys for Rodney Story ("Plaintiff"). Unless otherwise stated, I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, could and would competently testify thereto.

2. On July 3, 2025, Plaintiff issued a Rule 45 subpoena to Twilio, a U.S.-based cloud communications platform that allows software developers and businesses to send and receive phone calls, text messages (SMS/MMS), emails, and other communications.

3. Plaintiff's subpoena to Twilio requested:

> Documents referencing customer identifying information for the DID: 13527394652 for April 2025. Responsive documents should include the

DECLARATION OF ANTHONY PARONICH IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SERVE SUBPOENA ON EASIFY SOFTWARE BY ELECTRONIC MEANS– 1

    entity's name, physical addresses, e-mail addresses, and telephone numbers, and the time frame each entity was assigned the number.

4.   A true and correct copy of Plaintiff's subpoena to Twilio is attached as **Exhibit A.**

5.   On July 18, 2025, Twilio responded as follows:

    Subject to and without waiving the foregoing objections, Twilio states the phone number 352-739-4652 belongs to a customer of Twilio's services. The customer details associated with this phone number are as follows:

    Easify Software
    www.easify.live
    360C, RXR Plaza
    Uniondale, New York 11556
    Utilization period: April 28, 2025 to present

6.   A true and correct copy of Twilio's response to Plaintiff's subpoena is attached as **Exhibit B.**

7.   Accordingly, on July 18, 2025, Plaintiff issued a Rule 45 subpoena to Easify, as Easify is believed to possess critical information regarding the origination and transmission of unlawful telemarketing calls and text messages to Plaintiff.

8.   A true and correct copy of Plaintiff's subpoena to Easify is attached as **Exhibit C**.

9.   Despite repeated efforts, Plaintiff has been unable to effectuate service on Easify through traditional means.

10.   Plaintiff's process server twice attempted service at the address listed in Twilio's internal records and twice attempted service at the address publicly posted on Easify's website. All efforts were unsuccessful.

11.   A true and correct copy of the process server's affidavit of nonservice is attached as **Exhibit D**.

DECLARATION OF ANTHONY PARONICH IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SERVE SUBPOENA ON EASIFY SOFTWARE BY ELECTRONIC MEANS– 2

12. Specifically, the address listed in Twilio's records, 360C, RXR Plaza, Uniondale, New York 11556 appears to be vacant, and a security guard specifically confirmed unit 360 was vacant. The process server also checked unit 300, but it was occupied by a different company.

13. The address listed on Easify's website,[1] 1010 Broadway, Woodmere, NY 11598, was also vacant. The intercom was broken, the door was locked, and building management and nearby tenants confirmed that Easify does not maintain a presence at the Woodmere location.

14. On August 15, 2025, Rick Geller, who is in communication with Twilio, contacted me, and claimed to represent Easify. However, Mr. Geller would not consent to accept service of the subpoena and has since failed to respond to follow-up communications seeking to confirm acceptance of service. On August 23, 2025, Plaintiff asked Mr. Geller to confirm by August 28, 2025, whether he would accept service of the subpoena on behalf of Easify, yet Mr. Geller did not respond.

15. A true and correct copy of my email correspondence with Rick Geller is attached as **Exhibit E**.

**I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct**.

Executed on the 7th day of October 2025 in Hingham, Massachusetts.

*/s/ Anthony Paronich*
Anthony Paronich
**PARONICH LAW PC**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

---

[1] *See* https://easify.app/contact-us.

DECLARATION OF ANTHONY PARONICH IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SERVE SUBPOENA ON EASIFY SOFTWARE BY ELECTRONIC MEANS– 3

# CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that on October 7, 2025, I caused the foregoing to be electronically filed using the Court's CM/ECF system which will send an electronic copy of this document to all parties and/or their counsel of record.

DATED this 7th day of October, 2025.

Respectfully submitted,

By: */s/ Samuel J. Strauss*
Samuel J Strauss, WSBA No. 46971
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611-7502
Telephone: (872) 263-1100
Fax: (872) 263-1109
sam@straussborrelli.com

DECLARATION OF ANTHONY PARONICH IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SERVE SUBPOENA ON EASIFY SOFTWARE BY ELECTRONIC MEANS– 4