— **EXHIBIT  D** —

# UNITED STATES DISTRICT COURT

for the
Western District of Washington

| | |
|---|---|
| **RODNEY STORY** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 2:25-cv-00910 |
| ) | |
| **PREMIUM MERCHANT FUNDING ONE, LLC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF NONSERVICE

I, Onyedikachukwu Obele, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve Easify Software as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: August 18, 2025 1:37 pm
Address: 360C RXR Plaza, Uniondale, NY 11556
Photo: See Exhibits 1a, 1b below
Geolocation: https://google.com/maps?q=40.7204638889,-73.5837777778
Description of attempt: No contact was made with anyone at the business. There was no response at the door or intercom. The business location appears to be vacant. Spoke to security said the company in 360 moved to 300 when I went to 300 they said it is not them. They are only there for a month. It is a different company.

Serve Attempt #2
Date / Time: August 20, 2025 9:52 am
Address: 360C RXR Plaza, Uniondale, NY 11556
Photo: See Exhibit 2a below
Geolocation: https://google.com/maps?q=40.7201722222,-73.584
Description of attempt: No contact was made with anyone at the business. There was no response at the door or intercom. The business was closed at the time of the attempt. No additional contacts were made.

Serve Attempt #3
Date / Time: August 20, 2025 12:29 pm
Address: 1010 Broadway, Woodmere, NY 11598
Photo: See Exhibit 3a below
Geolocation: https://google.com/maps?q=40.6309611111,-73.7077666667
Description of attempt: I spoke with the hairdresser two stores down. They stated that She doesn't recognize the company. Observed the com is not working and the door is locked. No additional contacts were made.

Serve Attempt #4
Date / Time: August 21, 2025 4:05 pm
Address: 1010 Broadway, Woodmere, NY 11598
Photo: See Exhibit 4a below
Geolocation: https://google.com/maps?q=40.6309083333,-73.7077388889
Description of attempt: I spoke with someone renting office space. They stated that Do not know this company. No one has been in the office next to them for three months. Observe a sign at the door saying do not access did door or they will call the police. The Owner of the building doesn't recognize this company.

Total Cost: $210.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Onyedikachukwu Obele*

Executed in

Nassau County                          ,

NY          on      8/25/2025          .

Signature
Onyedikachukwu Obele
+1 (310) 692-0757
2118745-DCWP





Exhibit 1b)



Exhibit 2a)

NOTICE
FOR ENTRY RING BELL



