— **EXHIBIT E** —



---------- Forwarded message ---------
From: **Anthony Paronich** <anthony@paronichlaw.com>
Date: Mon, Aug 25, 2025 at 1:47 PM
Subject: Re: Easify Software - Subpoena
To: Rick Geller <rick@rickgellerllc.com>
Cc: Mike Connelly <mconnelly@twilio.com>, James Morgan <jamorgan@twilio.com>


Mr. Geller and Twilio:

This email follows our recent attempts to serve Easify Software with the subpoena you all have a copo of. As you are aware, your counsel has refused to accept service on Easify's behalf. We then attempted service at the addresses Easify itself has publicly represented — including the address on Twilio's records and the address listed on Easify's website. Each of these attempts resulted in nonservice, with building management and neighboring tenants confirming that Easify has not maintained a legitimate presence at these locations.

This conduct is consistent with a broader pattern: Easify is continuing to facilitate impermissible use of Twilio's telecommunications system to transmit telemarketing calls and text messages in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and the Telemarketing Sales Rule ("TSR"), 16 C.F.R. Part 310, while at the same time disregarding compulsory process issued by a federal court.

By refusing to accept lawful service, concealing its whereabouts, and continuing to rely on Twilio's platform to send en masse calls, Easify is actively obstructing lawful discovery while perpetuating unlawful conduct. This pattern not only exposes Easify to liability but also highlights Twilio's ongoing facilitation of the activity despite notice of its illegality.

We urge you to reconsider Easify's current course. If Easify continues to ignore its legal obligations while persisting in illegal telemarketing practices, we will bring these facts to the attention of the Court and pursue all available remedies, including sanctions.

It would appear that the most straightforward course would be to accept service of the subpoena and identify any third party that is actually responsible for this conduct. Please confirm by August 28 whether Easify will accept service of the subpoena.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Fri, Aug 15, 2025 at 12:54 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Mr. Geller:
>
>
> Thank you for your response and we'll get with our process server to investigate. If they need to be, then we'll get your client served shortly and I'm sure will hear back from you shortly after.
>
>
> I have removed your client from this e-mail thread.
>
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Rick Geller <rick@rickgellerllc.com>
**Sent:** Friday, August 15, 2025 12:45 PM
**To:** Adam Stewart <adam@easify.live>; anthony@paronichlaw.com
**Cc:** Mike Connelly <mconnelly@twilio.com>; James Morgan <jamorgan@twilio.com>
**Subject:** Re: Easify Software - Subpoena

Gentlemen,

This office represents Easify Software.

I have been advised by my client that they have not been served with any subpoena in accordance with the  Federal Rules  of Civil Procedure and no action will be taken as a result.

My office is not consenting to accept service of this subpoena on my clients behalf at this time.

Further, please direct all future correspondence regarding this matter to me at this email address and do not continue to contact my client directly.

Thank you for your attention to this matter.

Rick Geller, Esq.

The Geller Firm, PLLC

1122 Franklin Ave. 3rd FLoor,

Garden City NY. 11530

Office -516-343-4223

Cell -917-940-1987

**Confidentiality Statement**

This e-mail and all messages attached to it contain information that is confidential or privileged and is intended solely for the named recipient(s). If you are not the intended recipient(s), or the employee or agent responsible to deliver it to the intended recipient(s), you are hereby notified that any disclosure, copying, printing, distribution or use of any of the information contained in this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

On Fri, Aug 15, 2025 at 12:14 PM Adam Stewart <adam@easify.live> wrote:

> I Cc'd my attorney here.  We'll get back to you if you were have any questions.

> Thank you

On Fri, Aug 15, 2025, 11:36 AM Mike Connelly <mconnelly@twilio.com> wrote:

> Hi Adam,

> Hope you have been doing well.  I am reaching out regarding a subpoena from Anthony Paronich, a

TCPA lawyer who is investigating a potential claim involving Easify.  It appears that he sent you a subpoena for information related to your Twilio account (attached).  Mr. Paronich then contacted us, claimed you did not respond to the subpoena, and formally requested that we preserve documents and data related to your account.

I wanted to give you a heads up regarding the subpoena (in case you were not already aware), and ask that you respond to Mr. Paronich.  Mr. Paronich appears to be taking an aggressive stance with respect to the lack of response, and appears to be hinting that he might even file suit against Twilio.  As such, we would appreciate it if you could respond to/acknowledge his subpoena and preservation request. Twilio probably isn't able to preserve data on its own, as we don't know what data (if any) of yours is relevant to his potential claims.

While we can't give you advice on how to respond to Mr. Paronich as that is a matter for your legal team, happy to discuss if you have any questions or need support accessing relevant information on your account or any other logistical questions.  We appreciate your assistance on this.

Best,
Mike


--

Michael Connelly

Sr. Strategic Account Executive



EMAIL        mconnelly@twilio.com