1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| RODNEY STORY, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>PREMIUM MERCHANT FUNDING ONE, LLC<br><br>　　　　　　　　Defendant. | Case No. 2:25-cv-00910-KKE<br><br>Honorable District Judge<br>Kymberly K. Evanson<br><br>PLAINTIFF'S NOTICE TO THE COURT REGARDING SERVICE AND WITHDRAWAL OF MOTION FOR LEAVE TO SERVE SUBPOENA BY ALTERNATIVE MEANS |

　　　　Plaintiff Rodney Story respectfully submits this notice in response to the Court's November 7, 2025 Order to Show Cause (Dkt. 19), which directed Plaintiff to either (1) attempt personal service of the subpoena on Fintech Holdings LLC's registered agent, or (2) explain why such service should not be required.

　　　　Plaintiff hereby notifies the Court that, on November 20, 2025, Plaintiff successfully effected personal service of the Second Revised Easify Subpoena on Fintech Holdings LLC's registered agent, Spiegel & Utrera, P.A., P.C., located at 1 Maiden Lane, 5th Floor, New York, NY 10038. Proof of service is reflected in the Affidavit of Service of Javon Cummings, attached hereto as **Exhibit A**.

1

Because service has now been completed in accordance with the Court's directive, Plaintiff respectfully withdraws his Motion for Leave to Serve Subpoena by Electronic Means (Dkt. 17) as moot.

Plaintiff appreciates the Court's guidance and will proceed with enforcement of the subpoena as permitted under the Federal Rules.

Date:  November 25, 2025

*/s/ Samuel J. Strauss*
Samuel J Strauss
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite #1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

Anthony Paronich *(pro hac vice)*
**PARONICH LAW PC**
350 Lincoln Street, Suite #2400
Hingham, MA 02043
Telephone:  (617) 485-0018
anthony@paronichlaw.com

**CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that on November 25, 2025, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 25th day of November, 2025.

                                          Respectfully submitted,

                                          */s/ Samuel J. Strauss*
                                          Samuel J Strauss
                                          **STRAUSS BORRELLI PLLC**
                                          980 N Michigan Avenue, Suite #1610
                                          Chicago, IL 60611
                                          Telephone: (872) 263-1100
                                          Facsimile: (872) 263-1109
                                          sam@straussborrelli.com