— **EXHIBIT A** —

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| **RODNEY STORY** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:25-cv-00910 |
| | ) | |
| | ) | |
| **PREMIUM MERCHANT FUNDING ONE, LLC** | ) | |
| | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Javon Cummings, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Fintech Holdings LLC in New York County, NY on November 20, 2025 at 12:22 pm at 1 Maiden Lane, 5th Floor, New York, NY 10038 by leaving the following documents with Lissette Bojan who as Receptionist is authorized by appointment or by law to receive service of process for Fintech Holdings LLC.

Second Revised Easify Subpoena

Hispanic or Latino Female, est. age 25-34, glasses: Y, Brown hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.7098116667,-74.00975
Photograph: See Exhibit 1


Total Cost: $105.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

    Nassau County    ,

    NY     on     11/21/2025    .

/s/ *Javon Cummings*

Signature
Javon Cummings
+1 (203) 584-2151
2036513-DCA
New York County

